# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**RONNY DEE TODD and**
**LISA TODD,**

      **Plaintiffs,**

**v.**                                                                 **No. 12-cv-0114 MCA/GBW**

**RWI ACQUISITION, LLC and**
**RWI CONSTRUCTION, INC.,**

      **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:          **Wednesday, January 9, 2013, at 2:00 p.m.**

**Matter to be heard**:  **Scheduling of a settlement conference**

      **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set

for **Wednesday, January 9, 2013, at 2:00 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line[1]

at **(505) 348-2357** to connect to the proceedings.  Parties shall confer with Judge Vidmar to choose

a date on which to conduct a settlement conference.  Parties are reminded to have their calendars

available for the hearing.

      **IT IS SO ORDERED.**

                          _____
                          **STEPHAN M. VIDMAR**
                          **United States Magistrate Judge**

---

[1] The Meet Me line accepts no more than five incoming telephone lines at a time; it is counsel's responsibility to coordinate with each other to ensure that no more than five incoming telephone lines are utilized.